UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | Crim. No. 13-120-2 |
| Plaintiff, | |
| v. | **ORDER** |
| LEA J. SYLVER | |
| Defendant. | |

Defendant, Lea J. Sylver's attorney, Amelio P. Marino, Esq. having moved in open court to have Defendant's bail condition of location monitoring removed, and the government and pretrial services having no objection to said request;

IT is this 4th day of September, 2014;

**ORDERED** that Ms. Lea J. Sylver be removed from location monitoring as per agreement of all parties and for the reasons set forth on the record. All other bail conditions remain in effect.

SUSAN D. WIGENTON
U.S.D.J.